# SCHEDULE A

## **SCHEDULE A**

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved December 27, 2020, as Public Law 116-260, div. F, tit. II, 134 Stat. 1452, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

## PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain border barrier, including gates and power to operate such gates as well as roads that will be required to construct, operate, and maintain the border barrier.

# SCHEDULE C

## SCHEDULE C

### LEGAL DESCRIPTION

Starr County, Texas

Tract: RGV-RGC-6076
Owner: Santa Cruz Properties, Ltd., *et al*.
Acres: 0.230

**Being** a 0.230 of one acre (10,020 square feet) parcel of land, more or less, being out of the Pedro Lugo Survey, Abstract No. 126, Porción 74, Starr County, Texas, and being out of a called 4.90 acre 50.00 foot Road Easement conveyed to Santa Cruz Properties, Ltd. (Undivided Interest) by Trustee's Deed with Bill of Sale recorded in Document No. 2024-380691, Official Records of Starr County, Texas, being the same tract of land conveyed to Manuel Sepulveda (Undivided Interest) by Special Warranty Deed with Vendor's Lien recorded in Instrument No. 2019-349363, Official Records of Starr County, Texas, being the same tract of land conveyed to Elodia Moreno Perez (Undivided Interest) by Assumption Warranty Deed recorded in document No. 2020-357650, Official Records of Starr County, Texas and being the same tract of land conveyed to Ana Lucia Cantu and Efren Garcia Cantu (Undivided Interest) by Special Warranty Deed with Vendor's Lien recorded in Instrument No. 2019-352113, Official Records of Starr County, Texas, said parcel of land being more particularly described by metes and bounds as follows;

**Commencing** at a found 1/2" iron rod with cap stamped "Rio Delta Surveying" at a northerly interior corner of the 4.90 acre tract and the northwest corner of a called 19.32 acre tract conveyed to David Domingo Porras and Juan Jose Porras by Special Warranty Deed recorded in Volume 990, Page 500, Official Records of Starr County, Texas (Tract Three: Share 8) and being the same tract of land conveyed to Jesus Porras, Jr., Manuel Porras, Domingo Porras, Natividad Porras, Juan J. Porras and Francisco Porras by Affidavit of Heirship recorded in Volume 431, Page 398, Deed Records of Starr County, Texas, said point having the coordinates of N=16658068.862, E=857056.832, said point bears S 38°29'47" E, a distance of 2344.16' from United States Army Corps of Engineers Control Point No. 211;

**Thence:** S 38°58'26" E (S 39°21'00" E, Record), with the northeast line of the 4.90 acre tract and the southwest line of the 19.32 acre tract, for a distance of 1002.39' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-6076-1=6077-1" for the **Point of Beginning** and north corner of Tract RGV-RGC-6076, said point being in the northeast line of the 4.90 acre tract and the southwest line of the 19.32 acre tract, said point having the coordinates of N=16657289.568, E=857687.302;

**Thence:** S 38°58'26" E (S 39°21'00" E, Record), continuing with the northeast line of the 4.90 acre tract and the southwest line of the 19.32 acre tract, for a distance of 200.58' to a

## SCHEDULE C (CONT.)

set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-6076-2=6077-6" for the east corner of Tract RGV-RGC-6076, said point being in the northeast line of the 4.90 acre tract and the southwest line of the 19.32 acre tract;

**Thence:** S 46°40'54" W, departing the southwest line of the 19.32 acre tract, over and across the 4.90 acre tract, for a distance of 50.10' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-6016-4=6076-3" for the south corner of Tract RGV-RGC-6076, said point being in the southwest line of the 4.90 acre tract and the northeast line of a called 41.27 acre tract conveyed to Rene Sepulveda by Special Warranty Deed with Vendor's Lien recorded in Instrument No. 2019-349359, Official Records of Starr County, Texas (Tract I);

**Thence:** N 38°58'33" W (N 39°21'00" W, Record), with the southwest line of the 4.90 acre tract and the northeast line of the 41.27 acre tract, for a distance of 200.58' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-6016-3=6076-4" for the west corner of Tract RGV-RGC-6076, said point being in the southwest line of the 4.90 acre tract and the northeast line of the 41.27 acre tract;

**Thence:** N 46°40'54" E, departing the northeast line of the 41.27 acre tract, over and across the 4.90 acre tract, for a distance of 50.10' to the **Point of Beginning.**

## SCHEDULE C (CONT.)

Tract:  RGV-RGC-R6076E
Owner:  Santa Cruz Properties, Ltd., *et al*.
Acres:  2.628

**Being** a 2.628 acre Access Easement tract (114,464 square feet) parcel of land, more or less, being out of a portion of Share 5A and Share 7 of the Pedro Lugo Survey, Abstract No. 126 in Porcion 74, Starr County, Texas, conveyed to Santa Cruz Properties, ltd, Volume 1275, Page 81. Said parcel of land more particularly described by metes and bounds as follows;

**Starting** at COE Project control marker, said point being a 3 1/2" aluminum cap stamped SS11-2019, having the following NAD83 (2011) Grid Coordinates: N= 16659903.515, E= 855597.675;

**Thence:** S14°05'39"E, a distance of 1353.02 feet to a found rebar with an orange plastic cap stamped RPLS 4856, being the Northeast Right of Way corner for Porras Brothers Road, Document No. 2020-355634 and Volume 4, Page 666, the Southwest corner of Rafael Leal , Document No. 2020-35441 and on the Northwest corner of Santa Cruz Properties, ltd, 50 foot private road easement for Porras Brothers Road, Volume 1275, Page 81, designated as RGV-RGC-R6076E-1 for the **Point of Commencement** and the **Point of Beginning**, having the following coordinates: N= 16658591.224, E= 855927.158 for angle;

**Thence:** S67°14'37"E, continuing along said private road easement and the South property line of Rafael Leal, a distance of 305.30 feet to a found rebar with an orange plastic cap stamped RPLS 4856, being the Southeast corner of Rafael Leal, Document No. 2020-35441 and the Southwest corner of Dante Alejandro & Elia Esmeralda Hall, Document No. 20200-354067, designated as RGV-RGC-R6076E-2 for angle;

**Thence:** S67°16'49"E, continuing along said private road easement and the South property line of Dante Alejandro & Elia Esmeralda Hall, a distance of 403.36 feet to a found rebar with an orange plastic cap stamped RPLS 4856, being the Southeast corner of Dante Alejandro & Elia Esmeralda Hall, Document No. 20200-354067 and the Southwest corner of Ana Lucia & Efren Garcia Cantu, Document No. 2019-352113, designated as RGV-RGC-R6076E-3 for angle;

**Thence:** S67°19'54"E, continuing along said private road easement and the South property line of Ana Lucia & Efren Garcia Cantu, a distance of 377.03 feet to a found rebar with an orange plastic cap stamped RPLS 4856, being the Southwest corner of Ana Lucia & Efren Garcia Cantu, Document No. 2019-352113 and the Southwest corner of Manuel Sepulveda, Document No. 2019-349363, designated as RGV-RGC-R6076E-4 for angle;
**Thence:** S67°18'49"E, continuing along said private road easement and the South property line of , Manuel Sepulveda a distance of 185.30 feet to a found rebar with an orange plastic

## SCHEDULE C (CONT.)

cap stamped RPLS 4856, being the Southeast corner of Manuel Sepulveda, Document No. 019-349363 and being on the Northwest property line of David Domingo & Juan Jose Porras, Volume 990, Page 500, designated as RGV-RGC-R6076E-5 for angle;

**Thence:** S53°24'00"W, continuing along said private road easement and the Northwest property line of David Domingo & Juan Jose Porras, a distance of 53.27 feet to a found rebar with a red plastic cap stamped Rio Delta Surveying, being the Northwest corner of David Domingo & Juan Jose Porras, Volume 990, Page 500, designated as RGV-RGC-R6076E-6 for angle;

**Thence:** S38°58'30"E, continuing along said private road easement and the West property line of , David Domingo & Juan Jose Porras a distance of 1002.34 feet to a found 3 1/2" aluminum cap stamped RGV-RGC-6076-1=6077-1, being on the West property line of David Domingo & Juan Jose Porras, Volume 990, Page 500, designated as RGV-RGC-R6076E-7 for angle;

**Thence:** S46°40'54"W, leaving said North side of said private road easement and said property line, a distance of 50.10 feet to a found 3 1/2" aluminum cap stamped RGV-RGC-6016-3=6076-4, being on the South side of said private road easement and the East property line of Santa Cruz Properties, ltd, Document No. 2020-354442, designated as RGV-RGC-R6076E-8 for angle;

**Thence:** N38°59'08"W, continuing along said private road easement and the East property line of Santa Cruz Properties, ltd, a distance of 1090.15 feet to a found rebar with an orange plastic cap stamped RPLS 4856, being on the North property line of Santa Cruz Properties, Ltd, Document No. 2020-354442, designated as RGV-RGC-R6076E-9 for angle;

**Thence:** N67°17'08"W, continuing along said private road easement and the North property line of Santa Cruz Properties, ltd, a distance of 200.56 feet to a found rebar with an orange plastic cap stamped RPLS 4856, being the Northwest corner of Santa Cruz Properties, ltd, Document No. 2020-354442 and the Northeast corner of Garciano Garcia Jr. & Brissa Jamileth Estrada Garcia, Document No. 2023-375764, designated as RGV-RGC-R6076E-10 for angle;

**Thence:** N67°16'47"W, continuing along said private road easement and the North property line of of Garciano Garcia Jr. & Brissa Jamileth Estrada Garcia, a distance of 933.37 feet to a found rebar with an orange plastic cap stamped RPLS 4856, being the Southeast Right of Way corner for Porras Brothers Road, Document No. 2020-355634 and Volume 4, Page 666, the Northwest corner of Garciano Garcia Jr. & Brissa Jamileth Estrada Garcia , Document No. 2023-375764, and the Southwest corner of Santa Cruz Properties, ltd, 50 foot private road easement for Porras Brothers Road, Volume 1275, Page 81, designated as RGV-RGC-R6076E-11 for angle;

## SCHEDULE C (CONT.)

**Thence:** N09°04'01"E, along said Right of Way a distance of 51.36 feet returning to the **Point of Beginning**.

# SCHEDULE D

## SCHEDULE D

### MAP or PLAT

### LAND TO BE CONDEMNED



## SCHEDULE D (Cont.)

| LINE | BEARING | DISTANCE | REC-BEARING | REC-DISTANCE |
|------|---------|----------|-------------|--------------|
| L1 | S 38°29'47" E | 2344.16' | N/A | N/A |
| L2 | S 38°58'26" E | 1002.39' | S 39°21'00" E | N/A |
| L3 | S 38°58'26" E | 200.58' | S 39°21'00" E | N/A |
| L4 | S 46°40'54" W | 50.10' | N/A | N/A |
| L5 | N 38°58'33" W | 200.58' | N 39°21'00" W | N/A |
| L6 | N 46°40'54" E | 50.10' | N/A | N/A |

### COORDINATE TABLE

| MONUMENT No. | NORTHING | EASTING | MONUMENT NAME |
|--------------|----------|---------|---------------|
| 1 | 16657289.568 | 857687.302 | RGV-RGC-6076-1=6077-1 |
| 2 | 16657133.633 | 857813.457 | RGV-RGC-6076-2=6077-6 |
| 3 | 16657099.264 | 857777.009 | RGV-RGC-6016-4=6076-3 |
| 4 | 16657255.194 | 857650.849 | RGV-RGC-6016-3=6076-4 |
| 5 | 16658068.862 | 857056.832 | POC RGV-RGC-6076 6077 |

NOTES:

1. THE BEARINGS, DISTANCES, AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.00004000 (E.G. GRID X 1.00004000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL (ACTED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY COMPLETED 12/09/2019.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. MDS LAND SURVEYING COMPANY, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS A SUBCONSULTANT TO BMF ENGINEERING, INC., THE PRIME CONSULTANT, THE CORPS' CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.



**MDS LAND SURVEYING COMPANY, INC.**

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10191600
1250 SIDNEY BAKER • KERRVILLE, TX 78028 • 830-816-5518

| METES & BOUNDS SURVEY | | |
|---|---|---|
| SANTA CRUZ PROPERTIES LTD., ET AL | | |
| TRACT No. RGV.RGC-6076 | | |
| STARR COUNTY | TEXAS | |

Drawing Ref. SHEET 4 OF 8 No.

| Mark | Description | Date | Appd |
|------|-------------|------|------|
| 1 | Ownership Change | 4/28/20 | |

| | BY | DATE |
|---|---|---|
| Drawn | TMA | 12/19 |
| Checked | LRH | 12/19 |
| Surveyor | JOB | 12/19 |
| P.E./Bus.# | | |

CONTRACT NO.: W9127S-14-D-0013
T.O.: W45XMA8 15779970021





TEXAS LICENSED SURVEYOR FIRM
BMF ENGINEERING, INC.
NO. 10163840

ENGINEERING, INC.
929 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 5019756306
(FAX) 501-767-6889
(EMAIL) l.lrh@prfeng.com



US Army Corps of Engineers

MDS PROJ. NO. 16-200-00    FILE NAME: RGV-RGC-6076    DATE: 06/28/2024

## SCHEDULE D (Cont.)

**1**
SANTA CRUZ PROPERTIES, LTD.,
MANUEL SEPULVEDA,
ELODIA MORENO PEREZ,
ANA LUCIA CANTU
& EFREN GARCIA CANTU
CALLED 4.90 ACRES
50.00 FOOT ROAD EASEMENT
DOC. NO. 2024—380691 ORSC
INST. No. 2019—349353 ORSC
DOC. No. 2020—357650 ORSC
INST. No. 2019—352113 ORSC
REMAINING AREA NORTH: 3.246 ACRES
REMAINING AREA SOUTH: 1.549 ACRES

**2**
RENE SEPULVEDA
CALLED 41.27 ACRES
SPECIAL WARRANTY DEED
W/ VENDOR'S LIEN
INST. No. 2019—349359 ORSC
(TRACT I)

**3**
RAMIRO PENA SARABIA
CALLED 18.99 ACRES
SPECIAL WARRANTY DEED
W/ VENDOR'S LIEN
INST. No. 2019—349361 ORSC
(TRACT I)

**5**
DAVID DOMINGO PORRAS
& JUAN JOSE PORRAS
CALLED 19.32 ACRES
SPECIAL WARRANTY DEED
VOL. 990, PG. 500 ORSC
(TRACT THREE: SHARE 8)

**6**
DAVID DOMINGO PORRAS JR.
& JUAN JOSE PORRAS
(UNDIVIDED ½ INTEREST)
CALLED 13.62 ACRES
PROBATE CAUSE No. PR5-99—51
(PARCEL #4)

**4**
BOONE LaGRANGE
& WILMA W. LaGRANGE
CALLED 34.27 ACRES
TRUSTEE'S DEED
VOL. 1053, PG. 171 ORSC
(TRACT No. 3: SHARE 5—A)

JESUS PORRAS, JR.
MANUEL PORRAS,
DOMINGO P. PORRAS,
NATIVIDAD PORRAS,
JUAN J. PORRAS
& FRANCISCO PORRAS
AFFIDAVIT OF HEIRSHIP
VOL. 431, PG. 398 ORSC

**8**
MANUEL SEPULVEDA
CALLED 11.94 ACRES
SPECIAL WARRANTY DEED
W/ VENDOR'S LIEN
INST. No. 2019—349363 ORSC
(TRACT I)

**7**
DAVID DOMINGO PORRAS
& JUAN JOSE PORRAS
CALLED 5.88 ACRES
SPECIAL WARRANTY DEED
VOL. 990, PG. 500 ORSC
(TRACT ONE: SHARE 10)

**10**
STARR PRODUCE COMPANY
CALLED 34.49 ACRES
CORRECTION DEED
VOL. 657, PG. 717 ORSC
(SHARE 11—A)

**9**
JOSE LUIS GARCIA
CALLED 11.51 ACRES
SPECIAL WARRANTY DEED
W/ VENDOR'S LIEN
INST. No. 2019—349500 ORSC

**1A**
ANA LUCIA CANTU
& EFREN GARCIA CANTU
CALLED 11.80 ACRES
SPECIAL WARRANTY DEED
W/ VENDOR'S LIEN
INST. No. 2019—352113 ORSC

**11**
JUAN INDALECIO GARCIA
CALLED 10.92 ACRES
SPECIAL WARRANTY DEED
W/ VENDOR'S LIEN
INST. No. 2019—349502 ORSC
(TRACT I)

**13**
MARTIN PORRAS
CALLED 7.73 ACRES
CERTIFIED COPY OF DECREE
VOL. 52, PG. 4 DRSC
(SHARE No. 34, TRACT 86)

**2A**
BOONE LaGRANGE
& WILMA W. LaGRANGE
CALLED 1.11 ACRES
PRIVATE ROADWAY EASEMENT
VOL. 505, PG. 119 ORSC

**14**
DAVID DOMINGO PORRAS
& JUAN JOSE PORRAS
CALLED 20.81 ACRES
SPECIAL WARRANTY DEED
VOL. 990, PG. 500 ORSC
(TRACT ONE: SHARE 1—B)

**12**
BOONE LaGRANGE
& WILMA W. LaGRANGE
CALLED 29.72 ACRES
TRUSTEE'S DEED
VOL. 1053, PG. 171 ORSC
(TRACT No. 2: SHARE 3—A)

**17**
MARIA SOLEDAD GARCIA
& SALVADOR GARCIA, III
CALLED 5.00 ACRES
DEED OF GIFT
VOL. 1007, PG. 644 ORSC
(FOURTH TRACT: SHARE 4—A)



**MDS LAND SURVEYING COMPANY, INC.**

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019300
1246 SIDNEY BAKER • KERRVILLE, TX 78028 • 830-615-4678

| METES & BOUNDS SURVEY | | | Work Description | Date | Appd |
|---|---|---|---|---|---|
| SANTA CRUZ PROPERTIES LTD, ET AL | | | 1 | Ownership Change | 6/28/24 | |
| TRACT No. RGV-RGC-6076 | | | | | |
| STARR COUNTY | | TEXAS | | | |

| | BY | DATE |
|---|---|---|
| Drawn | TPA | 12/19 |
| Checked | LMK | 12/19 |
| Surveyor | JGB | 12/19 |
| P.E., Bk., # | | |

CONTRACT NO.: W9127S-14-D-0013
T.O.: W45XWA81877887-0001

**ENGINEERING, INC.**
508 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) (501)767-6082
(FAX) 501-767-6858
(EMAIL) info@bhmeng.com

Drawing Ref. No. | SHEET 5 OF 6

US Army Corps of Engineers

MDS PROJ. NO.: 18-200-20    FILE NAME: RGV-RGC-6076    DATE: 06/28/2024

## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



PEDRO LUGO SURVEY
ABSTRACT NO. 126

RAFAEL LEAL
TRACT 8 MIDWAY ROAD RANCHES
DOC #: 2020-354441
S.C.C.H.
FEBRUARY 25, 2020

THE ESTATES OF RIO VISTA SUBDIVISION
PORTION OF SHARE 5A
DOC #: 2020-355634
VOL: 4, PG: 666
S.C.C.H.
MAY 15, 2020

RGV-RGC-R6076E
2.628 AC.
114,464 SQ. FT.

~LOW VEGETATION & SMALL TREES~

SANTA CRUZ PROPERTIES, LTD
50' ROAD EASEMENT
(PORRAS BROS. ROAD)
VOL.: 1275, PG: 81
S.C.C.H.
MAY 20, 2010

~LOW VEGETATION & SMALL TREES~

GRACIANO GARCIA JR & BRISSA JAMILETH ESTRADA GARCIA
TRACT 4 MIDWAY ROAD RANCHES
DOC #: 2023-375764
S.C.C.H.
MAY 15, 2023

| SHEET NO. | METES & BOUNDS SURVEY | | |
|---|---|---|---|
| 5 OF 11 | SANTA CRUZ PROPERTIES, LTD | | |
| | TRACT NO. RGV-RGC-R6076E | | |
| | STARR COUNTY          TEXAS | | |

## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



**LEGEND:**

| Symbol | Description |
|---|---|
| | CONTROL POINT (AS NOTED) |
| | FOUND MONUMENT (AS NOTED) |
| | SET 5/8" IR W/ CAP (AS NOTED) |
| | RIGHT OF WAY |
| | PROPERTY LINE |
| | ACQUISITION BOUNDARY |
| | EXISTING / PROPOSED ACQUISITION BOUNDARY |
| | PORCION LINE |
| | FENCE |
| | FENCE POST |
| | ROADWAY EDGE |
| | VEGETATION LINE |
| | CULTIVATION LINE |
| | WATERS EDGE |
| | GUY WIRE |
| | UTILITY POLE |
| | ELECTRIC OVERHEAD |
| | MAIL BOX |
| | SIGN |
| | WATER METER |
| | WATER VALVE |
| | CULVERT |
| | DITCH TOP |
| | DITCH CENTERLINE |

| Abbr. | Description |
|---|---|
| N | NORTHING |
| E | EASTING |
| ELEV. | ELEVATION |
| S.C.C.H. | STARR COUNTY COURT HOUSE |
| S.C.C.M. | STARR COUNTY CADD MAP |
| S.C.A.D. | STARR COUNTY APPRAISAL DISTRICT |
| W/ | WITH |
| UNK. | UNKNOWN |
| ALUM. | ALUMINUM |
| CONC. | CONCRETE |
| CALC. | CALCULATED POINT |
| POC | POINT OF COMMENCEMENT |
| POB | POINT OF BEGINNING |
| PG | PAGE |
| VOL. | VOLUME |
| DOC | DOCUMENT |
| MON | MONUMENT |
| R.O.W. | RIGHT-OF-WAY |
| 1STCB | 1 STORY COMMERCIAL BUILDING |
| 1STFR | 1 STORY FRAME HOME |
| 1STBR | 1 STORY BRICK HOME |
| SHDWF | SHED WOOD FRAME |
| GZB | GAZEBO OR SIMILAR |

GENERAL SURVEYOR'S NOTES:

1. THE BEARINGS, DISTANCES, ACREAGE AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD 83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING A COMBINED SCALE FACTOR OF 0.9999504233 (E.G. GRID / 0.9999504233 = SURFACE).
2. ELEVATION DATA AND ELLIPSOID HEIGHT SHOWN HEREON ARE IN SURVEY FEET AND REFERENCED TO NAVD88 USING GEOID 2012B.
3. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
4. THIS SURVEY WAS PERFORMED WITHOUT THE BENEFIT OF A TITLE COMMITMENT. TITLE RESEARCH WAS PERFORMED BY THE SURVEYOR; HOWEVER THE SUBJECT PARCEL MAY BE SUBJECT TO RECORDED, UNRECORDED OR MIS-INDEXED INSTRUMENTS OR FACTS THAT WOULD BE REVEALED BY A THOROUGH TITLE EXAMINATION AND COMMITMENT.
5. EMC, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS THE PRIME CONSULTANT. THE CORPS CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-11453.
6. PORCION LINES ARE DERIVED FROM PUBLIC GIS INFORMATION.
7. TEXAS 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON FEBRUARY 9, 2024 (TICKET NO. 2454098471).

| MONUMENT TABLE | | | | |
|---|---|---|---|---|
| MONUMENT NAME | NORTHING | EASTING | ELEVATION | ELLIPSOID HEIGHT |
| RGV-RGC-R6076E-1 | 16658591.224 | 855927.158 | 174.541 | 98.031 |
| RGV-RGC-R6076E-2 | 16658473.130 | 856208.693 | 174.631 | 98.014 |
| RGV-RGC-R6076E-3 | 16658317.342 | 856580.755 | 174.668 | 98.042 |
| RGV-RGC-R6076E-4 | 16658172.038 | 856928.657 | 174.024 | 97.389 |
| RGV-RGC-R6076E-5 | 16658100.572 | 857099.616 | 175.064 | 98.424 |
| RGV-RGC-R6076E-6 | 16658068.809 | 857056.847 | 174.389 | 97.751 |
| RGV-RGC-R6076E-7 | 16657289.568 | 857687.302 | 171.012 | 94.363 |
| RGV-RGC-R6076E-8 | 16657255.194 | 857650.849 | 172.818 | 96.171 |
| RGV-RGC-R6076E-9 | 16658102.570 | 856965.012 | 172.378 | 95.743 |
| RGV-RGC-R6076E-10 | 16658160.015 | 856780.005 | 172.831 | 96.200 |
| RGV-RGC-R6076E-11 | 16658540.510 | 855919.065 | 174.153 | 97.544 |

| SHEET NO. | METES & BOUNDS SURVEY | | |
|---|---|---|---|
| 11 OF 11 | SANTA CRUZ PROPERTIES, LTD | | |
| | TRACT NO. RGV-RGC-R6076E | | |
| | STARR COUNTY | TEXAS | |

DRAWN BY: JP 03/24
CHECKED BY: WBG 03/24
SURVEY DATE: 03/24
PLOT DATE: 04/24
SHEET SIZE: ANSI-A

| MARK | DESCRIPTION | DATE | APPR. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

REMOVABLE BARRIER SURVEY PROJECT
CONTRACT NO. W9126G-14-D-0004





US Army Corps of Engineers®

EMC, INC. PROJECT NO. 24006

# SCHEDULE E

## SCHEDULE E

## ESTATE TAKEN

Starr County, Texas

Tract:  RGV-RGC-6076

The estate acquired is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Reserving to the owners of the lands identified in conveyances recorded with Official Records, Starr County, Texas, as Document Nos. 2010-290681, 2019-352420 (Midway Road Ranches Tract 1), 2020-356545 (Midway Road Ranches Tract 2), and 2004-235810 (Tract 3 (Share 8), reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation, and maintenance of the border barrier.

Tract:  RGV-RGC-R6076E

A non-exclusive, perpetual and assignable easement and right-of-way in, on, over, under and across the land described in Exhibit A, for use by the United States, its representatives, agents, and contractors, for the location, construction, operation, maintenance, alteration and replacement of a road and aboveground and/or underground utility lines and appurtenances thereto; together with the right to trim, cut, fell and remove any vegetative or structural obstacles that interfere with the right-of-way; subject to existing easements for public roads and highways, public utilities, railroads and pipelines, if any; reserving however, to the owners, their heirs and assigns, the right to use the surface of such land as access to their adjoining land or for any other use consistent with its use as a road and utility easement.

## SCHEDULE E (Cont.)



# SCHEDULE F

## **SCHEDULE F**

<u>ESTIMATE OF JUST COMPENSATION</u>

The sum estimated as just compensation for the lands being taken is SIX THOUSAND,

ONE HUNDRED, SIXTY DOLLARS AND NO/100 CENTS ($6,160.00), to be deposited

herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

## SCHEDULE G

### INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Santa Cruz Properties, Ltd.** c/o Mr. Richard W. Ruppert, Manager of Ruppert Company, Ltd., as General Partner of Santa Cruz Properties, Ltd. ███████████ | Document No. 2024-384751, Official Public Records, Starr County, Texas (Tracts 2B and 3B Midway Road Ranches unplatted subdivision).<br><br>Document No. 2024-380691, Official Public Records, Starr County, Texas (Tract 4 Midway Road Ranches unplatted subdivision).<br><br>Document No. 2020-356545, Official Public Records, Starr County, Texas (Tract 5 Midway Road Ranches unplatted subdivision). |
| **Jamie Alejandro Barrera and wife, Karina Barrera** ███████ Rio Grande City, Texas ███ | Document No. 2025-388504, Official Public Records, Starr County, Texas (Tract 1B Midway Road Ranches unplatted subdivision). |
| **Elodia Moreno Perez** ███████ Roma, Texas ███ | Document No. 2020-357650, Official Public Records, Starr County, Texas (Tract 2 Midway Road Ranches unplatted subdivision). |
| **Manuel Sepulveda** ███████ Rio Grande City, Texas ███ | Document No. 2019-349363, Official Public Records, Starr County, Texas (Tract 3 Midway Road Ranches unplatted subdivision). |
| **Ana Lucia Cantu & Efren Cantu** ███████ Roma, Texas ███ | Document No. 2019-352113, Official Public Records, Starr County, Texas (Tract 6 Midway Road Ranches unplatted subdivision). |
| **Arturo Fernandez III and Maribel Fernandez** ███████ Rio Grande City, Texas ███ | Document No. 2024-384211, Official Public Records, Starr County, Texas (Tract 7 Midway Road Ranches unplatted subdivision) |

| | |
|---|---|
| **Rafael Leal**<br>████████<br>Rio Grande City, Texas ████ | Document No. 2020-354441, Official Public Records, Starr County, Texas (Tract 8 Midway Road Ranches unplatted subdivision) |
| **Ariel Garcia Lopez & Patricia Garcia**<br>████████<br>Rio Grande City, Texas ████ | Special Warranty Deed with Vendor Lien's Document No. 2024-384723, Official Public Records, Starr County, Texas (Tract 1B Midway Road Ranches unplatted subdivision) |
| **David Domingo Porras & Juan Jose Porras**<br>████████<br>Rio Grande City, Texas ████ | Special Warranty Deed V. 990, P. 500 (Tract Three: Share 8), Document No. 2004-235810, Official Public Records, Starr County, Texas (Adjacent landowner to Tract 1B Midway Road Ranches unplatted subdivision). |
| **Ameida Salinas**<br>100 N FM 3167, Room 201<br>Rio Grande City, Texas 78582 | Starr County Tax Assessor-Collector 998858, 998561, 998564, 998772, 998771, 999614, 999615, 999616, 1002296, 1002297 |